# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** James E. Pietrangelo, II

v.

Refresh Club, Inc., d/b/a The Wing and
THE WING, D.C., L.L.C.

**Case No:** 24-7126

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Refresh Club, Inc. d/b/a The Wing and

THE WING, D.C., L.L.C.

### Counsel Information

**Lead Counsel:** Brian Scotti, Esq.

**Direct Phone:** (202) 372-9078  **Fax:** (202) 800-2999  **Email:** bscotti@grsm.com

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** Gordon Rees Scully Mansukhani, LLP

**Firm Address:** 277 S. Washington Street, Suite 550, Alexandria, Virginia 22314

**Firm Phone:** (202) 399-1009  **Fax:** (202) 800-2999  **Email:** bscotti@grsm.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)