# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-7126**　　　　　　　　　　　　　　**September Term, 2024**

**1:18-cv-01943-DLF**

**Filed On:** July 2, 2025

James E. Pietrangelo, II,

    Appellant

    v.

Refresh Club, Inc., including in NYC and DC,
doing business as Wing and Wing DC, LLC,
doing business as Wing, also known as Wing
DC,

    Appellees

    **BEFORE:**　　Katsas, Rao, and Walker, Circuit Judges

### O R D E R

Upon consideration of appellant's request that the case be decided without oral argument, it is

**ORDERED** that the request be granted. The court has concluded that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

**Per Curiam**